UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-08780-CIV-RYSKAMP/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACQUELINE BROWN,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Ann E. Vitunac, filed November 19, 2009 **[DE 23]**. Defendant received an extension until December 28, 2009 to file Objections to the Report and Recommendation. Defendant did not comply with this deadline. Defendant requested another extension of time to file Objections, but the Court denied this request on December 31, 2009.

The Court has reviewed the Report and Recommendations and has conducted a de novo review of the underlying record. It is hereby

ORDERED AND ADJUDGED that the Report and Recommendation is ADOPTED, AFFIRMED and APPROVED. Defendant's Rule 60(b) Motion to Vacate Consent Judgment **[DE 14, 15]**, is DENIED.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 5th day of January, 2010.

                                          S/Kenneth L. Ryskamp
                                          KENNETH L. RYSKAMP
                                          UNITED STATES DISTRICT JUDGE